```
MIME-Version:1.0
From:ecfwebmaster@wawb.uscourts.gov
To:ecfwebmaster
Bcc: christina.fogg@usdoj.gov, christine.leininger@usdoj.gov, hdmecf@gmail.com, mainline@hdm-legal.com, sherri@lesterhyldahl.com, to
Do not notice for BK case:

Message-Id:<30578836@wawb.uscourts.gov>
Subject:Kent Douglas Powell and Heidi Powell 12-11140-MLB Ch 7   Certificate of Readiness
```

Content-Type: text/html

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

## U.S. Bankruptcy Court

## Western District of Washington

Notice of Electronic Filing

The following transaction was received from Brazil, Victoria entered on 9/21/2017 at 9:21 AM PDT and filed on 9/21/2017

**Case Name:** Kent Douglas Powell and Heidi Powell
**Case Number:** 12-11140-MLB
**Document Number:** 101

**Docket Text:**
Certificate of Readiness Transmitted to US District Court. Case Number: 17-cv-01268 RSL; BK Internal Appeal Number 17-S016 (Related document(s)[90] Notice of Appeal and Statement of Election). Check Status of Appeal by 3/20/2018. (VAB)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 12-11140 roa usdc.pdf
**Electronic document Stamp:**
[STAMP WAWBStamp_ID=970851926 [Date=9/21/2017] [FileNumber=30578834-0]
[3294ce784657f444c0b70de3758e0eef6b13b2c5ecfa39e4092319a16b95e1f0c466
99567733f28685050161982e16e9a3c77b0656cb3e09daa156dba50e7fd1]]

**12-11140-MLB Notice will be electronically mailed to:**

Dennis Lee Burman
dburman@premier1.net, dburman@ecf.epiqsystems.com

Dennis Lee Burman on behalf of Trustee Dennis Lee Burman
dburman@premier1.net, dburman@ecf.epiqsystems.com

Jacob D DeGraaff on behalf of Debtor Kent Douglas Powell
mainline@hdm-legal.com, hdmecf@gmail.com

Jacob D DeGraaff on behalf of Joint Debtor Heidi Powell
mainline@hdm-legal.com, hdmecf@gmail.com

Christina Fogg on behalf of Defendant United States Department of Education
christina.fogg@usdoj.gov, christine.leininger@usdoj.gov

Thomas E. Lester on behalf of Plaintiff Heidi Powell
sherri@lesterhyldahl.com, tom@lesterhyldahl.com

Thomas E. Lester on behalf of Plaintiff Kent Douglas Powell
sherri@lesterhyldahl.com, tom@lesterhyldahl.com

United States Trustee
USTPRegion18.SE.ECF@usdoj.gov

**12-11140-MLB Notice will not be electronically mailed to:**