UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>KENT DOUGLAS POWELL and HEIDI POWELL,<br><br>        Debtors.<br><br>KENT DOUGLAS POWELL and HEIDI POWELL,<br><br>        Appellants,<br><br>        v.<br><br>DENNIS LEE BURMAN,<br><br>        Appellee. | Case No. C17-1268RSL<br><br>Bankr. Case No. 12-11140MLB<br><br>ORDER GRANTING MOTION TO DISMISS |

This matter comes before the Court on bankruptcy appellants' "Motion to Dismiss." Dkt. # 10. In the above-captioned matter, Kent and Heidi Powell filed an appeal and motion for a temporary restraining order challenging the sale of the domain www.heidipowell.com to a different Heidi Powell, who is apparently a previous cast member on the former ABC reality series "Extreme Weight Loss." The Court denied the motion for a temporary restraining order. Dkt. # 7. Appellants represent they no longer seek relief from the Court, and accordingly move to dismiss this appeal. Dkt. # 10. They also represent that the Chapter 7 trustee, the adverse

ORDER GRANTING MOTION TO DISMISS - 1

party in this matter, consents to the appeal's dismissal. Federal Bankruptcy Rule 8023 provides that an appeal may be dismissed upon the parties' agreement. The parties here agree the matter should be dismissed, and the trustee has not filed any responsive pleadings, <u>see</u> Fed. R. Civ. P. 41(a)(1).

For those reasons, appellants' motion to dismiss, Dkt. # 10, is GRANTED, and their appeal is DISMISSED.

DATED this 7th day of November, 2017.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO DISMISS - 2